JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 87-6663. GALLOP *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari. ■

No. 87-999. MCQUILLEN *v.* WISCONSIN EDUCATION ASSOCIATION COUNCIL ET AL., 485 U. S. 914;

No. 87-1457. HURLEY ET AL. *v.* WEST AMERICAN INSURANCE CO. OF OHIO CASUALTY GROUP ET AL., 485 U. S. 1001;

No. 87-6462. SELTENRICH *v.* TITUS ET AL., 485 U. S. 1022;

No. 87-6522. MESSER *v.* ZANT, WARDEN, 485 U. S. 1029;

No. 87-6523. MARCH *v.* BREWSTER ET AL., 485 U. S. 1023;

No. 87-6679. GOROD *v.* DEMONG ET AL., 485 U. S. 1037; and

No. 87-6692. BECKER *v.* WENCO FOODS/WENDY'S INTERNATIONAL INC., 486 U. S. 1013. Petitions for rehearing denied.

JUNE 23, 1988

No. 85-1645. LUKENS STEEL CO. *v.* UNITED POLITICAL ACTION COMMITTEE ET AL. C. A. 3d Cir. Certiorari dismissed under this Court's Rule 53. ■

JUNE 24, 1988

No. 104, Orig. NEW JERSEY *v.* NEVADA ET AL. Bill of complaint dismissed under this Court's Rule 53. [For earlier order herein, see, *e. g.*, 484 U. S. 920.]

No. 87-717. FIRST FAMILY MORTGAGE CORPORATION OF FLORIDA *v.* DURHAM ET AL. Sup. Ct. N. J. [Probable jurisdiction noted, 485 U. S. 957.] Appeal dismissed under this Court's Rule 53.